No. 00–492. ALABAMA *v.* BOZEMAN. Sup. Ct. Ala. [Certiorari granted, *ante*, p. 1051.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Mark John Christensen, Esq., of Andalusia, Ala., be appointed to serve as counsel for respondent in this case.

No. 00–549. CEDRIC KUSHNER PROMOTIONS, LTD. *v.* KING ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1050.] Motion of National Association of Securities and Commercial Law Attorneys for leave to file a brief as *amicus curiae* granted.

No. 00–832. NATIONAL CABLE & TELECOMMUNICATIONS ASSN., INC. *v.* GULF POWER CO. ET AL.; and
No. 00–843. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* GULF POWER CO. ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 1125.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 00–952. WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES *v.* BLUMER. Ct. App. Wis. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–6310. BALDEN ET UX. *v.* COTTEE ET AL. C. A. 6th Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1009] denied.

No. 00–6507. LECHE *v.* TANOU, CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1110] denied.

No. 00–6887. VALDEZ ET UX. *v.* PROPERTY RESERVE, INC., ET AL. Sup. Ct. Haw. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1067] denied.